IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JOHN E. LILLEY; SANDRA I. LILLEY,

      Plaintiffs,

  v.

WELLS FARGO BANK, N.A., d.b.a. AMERICA'S SERVICING COMPANY,

      Defendant.

1:13-cv-01153-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (#35), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983).

Although Plaintiffs have not filed either a response to Defendant's Motion for Summary Judgment (#27) or objections to Magistrate Judge Clarke's Findings and Recommendation (#35), I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation (#35). Defendant's Motion for Summary Judgment (#27) is GRANTED.

IT IS SO ORDERED.

DATED this **30** day of December, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER